Form 154A

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

10

In re:                                                               Bankruptcy Case No.: 22−21140−GLT

Chapter: 13

**Eric A. Funk**
   Debtor(s)                                       Jennifer L. Funk

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 22, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                              Michael R. Rhodes
   U.S. Bankruptcy Court                                                    *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 6/14/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 22-21140-GLT
Eric A. Funk      Chapter 13
Jennifer L. Funk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3
Date Rcvd: Jun 14, 2022      Form ID: 154A      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric A. Funk, Jennifer L. Funk, 294 Martin Road, Markleysburg, PA 15459-1040 |
| 15490062 | ++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 address filed with court:, TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 15490040 | | Consumer Portfolio Systems, Inc., Asset Recovery Department, Attn: Bankruptcy, P.O. Box 57071, Irvine, CA 92619-7071 |
| 15490042 | + | Debra Mills, 168 Martin Road, Markleysburg, PA 15459-1002 |
| 15490044 | | Dress Barn/Capital One, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15490051 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Bankruptcy Department, 475 CrossPoint Parkway, Getzville, NY 14068 |
| 15490054 | + | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15490056 | + | Nationwide Recreation, P.O. Box 1028, Mandeville, LA 70470-1028 |
| 15490058 | + | Northland Group/Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15490065 | | Weltman, Weinberg & Reis, 436 Seventh Avenue--Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15490032 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:18:18 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15490033 | + | Email/Text: documentfiling@lciinc.com | Jun 15 2022 00:11:00 | Antero Capital, LLC, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15490034 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Atlantic Credit & Finance, Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 15490036 | | Email/Text: cms-bk@cms-collect.com | Jun 15 2022 00:12:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15490037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:18:16 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15490039 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15490041 | | Email/Text: convergent@ebn.phinsolutions.com | Jun 15 2022 00:12:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 15490043 | + | Email/Text: mrdiscen@discover.com | Jun 15 2022 00:11:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15490045 | | Email/Text: EBNBKNOT@ford.com | Jun 15 2022 00:12:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15490046 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 00:12:00 | Internal Revenue Service, P.O. Box 7346, |

Case 22-21140-GLT    Doc 14    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 154A | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 15490047 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:57 | Philadelphia, PA 19101-7346 |
| | | | | JC Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15490038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:17:55 | Chase/JPMorgan Chase, Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15490048 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 15 2022 00:12:00 | Lakeview Loan Servicing, LLC, Attn: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15490049 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 15 2022 00:12:00 | LoanCare Servicing Center, Attn: Bankruptcy, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15490050 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:56 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15490054 | ^ | MEBN | Jun 15 2022 00:08:57 | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15490052 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Credit Management, P.O. Box 2121, Warren, MI 48090-2121 |
| 15490053 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 15490055 | | Email/Text: NCI_bankonotify@ncirm.com | Jun 15 2022 00:11:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 15490057 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:17:55 | Nationwide/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 15490059 | | Email/PDF: cbp@onemainfinancial.com | Jun 15 2022 00:18:15 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15490060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:17:59 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15490061 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:04 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15490035 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:07 | Synchrony Bank Bill Me Later, P.O. Box 4415, Timonium, MD 21094-4415 |
| 15490063 | | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2022 00:18:01 | Verizon by American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15490064 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:05 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15490066 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 00:18:05 | Yamaha/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2022 | Form ID: 154A | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Eric A. Funk lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Jennifer L. Funk lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4