IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Eric A. Funk and | : | |
| Jennifer L. Funk, | : | |
| | : | |
| Debtors. | : | Case No. 22-21140 |

### AFFIDAVIT OF INCOME

Eric A. Funk, Debtor in the within bankruptcy, states that he is employed as a truck driver by GHH Trucking. From January 1, 2022, through the present, he has earned $47,822. He has no income from any other source.

Jennifer L. Funk, Co-Debtor, states that she is employed as a secretary by Uniontown Area School District. From January 1, 2022, through the present, she has earned $16,409. She is also an independent contractor for It Works Marketing. From January 1, 2022, through the present, she has grossed $261 before expenses. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Eric A. Funk, Debtor

_____
Jennifer L. Funk, Co-Debtor

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

---

**Employee Pay Stub**  Check number: DD          Pay Period: 06/12/2022 - 06/18/2022     Pay Date: 06/24/2022

| Employee | SSN |
|---|---|
| Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459 | ***-**-1300 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | 1:00 | | 1,929.96 | 47,822.19 | Current | 0:00 | | -5:00 |
| | | | | | YTD | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -19.30 | -478.21 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -174.00 | -4,727.00 |
| Social Security Employee | -119.66 | -2,964.98 |
| Medicare Employee | -27.98 | -693.42 |
| PA - Withholding | -59.25 | -1,468.16 |
| PA - Unemployment Employee | -1.15 | -28.69 |
| | -401.34 | -10,370.46 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Reimbursement | 6.52 | 6.52 |
| Sirius | -2.50 | -60.00 |
| ADVANCE | | -2,175.00 |
| | 4.02 | -2,228.48 |

| Net Pay | 1,532.64 | 35,223.25 |
|---|---|---|

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

*[handwritten: this is what his checks will pbb. be since his logbook has change]*

**Employee Pay Stub**  Check number: DD    Pay Period: 05/15/2022 - 05/21/2022    Pay Date: 05/27/2022

**Employee**
Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459

**SSN**
***-**-1300

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 1:00 | | 1,543.96 | 40,702.91 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -15.44 | -407.02 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -128.00 | -4,104.00 |
| Social Security Employee | -95.73 | -2,523.58 |
| Medicare Employee | -22.39 | -590.19 |
| PA - Withholding | -47.40 | -1,249.60 |
| PA - Unemployment Employee | -0.92 | -24.42 |
| | -309.88 | -8,908.81 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Sirius | -2.50 | -50.00 |
| ADVANCE | -37.50 | -1,950.00 |
| | -40.00 | -2,000.00 |

| Net Pay | | 1,194.08 | 29,794.10 |
|---|---|---|---|

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | -5:00 |
| YTD | | | |

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

---

**Employee Pay Stub**  Check number: DD    Pay Period: 05/08/2022 - 05/14/2022    Pay Date: 05/20/2022

**Employee**
Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459

**SSN**
\*\*\*-\*\*-1300

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 1:00 | | 1,807.86 | 39,158.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -18.08 | -391.58 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -159.00 | -3,976.00 |
| Social Security Employee | -112.08 | -2,427.85 |
| Medicare Employee | -26.21 | -567.80 |
| PA - Withholding | -55.50 | -1,202.20 |
| PA - Unemployment Employee | -1.09 | -23.50 |
| | -371.96 | -8,598.93 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Sirius | -2.50 | -47.50 |
| ADVANCE | -87.50 | -1,912.50 |
| | -90.00 | -1,960.00 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -5:00 |
| YTD | | | |

**Net Pay**    1,345.90    28,600.02

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

**Employee Pay Stub**    Check number: DD    Pay Period: 05/01/2022 - 05/07/2022    Pay Date: 05/13/2022

**Employee**    SSN
Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459    ***-**-1300

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | 1:00 |  | 3,260.18 | 37,351.09 | Current | 0:00 |  | -5:00 |
|  |  |  |  |  | YTD |  |  |  |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -32.60 | -373.50 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -457.00 | -3,817.00 |
| Social Security Employee | -202.13 | -2,315.77 |
| Medicare Employee | -47.27 | -541.59 |
| PA - Withholding | -100.09 | -1,146.70 |
| PA - Unemployment Employee | -1.96 | -22.41 |
|  | -841.05 | -8,226.97 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Sirius | -2.50 | -45.00 |
| ADVANCE | -150.00 | -1,825.00 |
|  | -152.50 | -1,870.00 |

| Net Pay |  | 2,266.63 | 27,254.12 |

GHH TRUCKING, GHH TRUCKING, P.O. BOX 6, MARKLEYSBURG, PA 15459    Powered by Intuit Payroll

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

| Employee Pay Stub | Check number: DD | | | Pay Period: 04/24/2022 - 04/30/2022 | | Pay Date: 05/06/2022 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | | | |
| Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459 | | | | ***-**-1300 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | 1:00 | | 1,881.72 | 34,090.91 | Current | 0:00 | | -5:00 |
| | | | | | YTD | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| LOCAL | | | -18.82 | -340.90 | | | | |
| LOCAL TAX (LST) | | | 0.00 | -10.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -168.00 | -3,360.00 | | | | |
| Social Security Employee | | | -116.67 | -2,113.64 | | | | |
| Medicare Employee | | | -27.29 | -494.32 | | | | |
| PA - Withholding | | | -57.77 | -1,046.61 | | | | |
| PA - Unemployment Employee | | | -1.12 | -20.45 | | | | |
| | | | -389.67 | -7,385.92 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Sirius | | | -2.50 | -42.50 | | | | |
| ADVANCE | | | -37.50 | -1,675.00 | | | | |
| | | | -40.00 | -1,717.50 | | | | |
| **Net Pay** | | | 1,452.05 | 24,987.49 | | | | |

GHH TRUCKING, GHH TRUCKING, P.O. BOX 6, MARKLEYSBURG, PA 15459     Powered by Intuit Payroll

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

**Employee Pay Stub**    Check number: DD    Pay Period: 04/17/2022 - 04/23/2022    Pay Date: 04/29/2022

**Employee**
Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459

**SSN**
***-**-1300

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | 1:00 | | 1,284.31 | 32,209.19 | Current | 0:00 | | -5:00 |
| | | | | | YTD | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -12.84 | -322.08 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -96.00 | -3,192.00 |
| Social Security Employee | -79.63 | -1,996.97 |
| Medicare Employee | -18.62 | -467.03 |
| PA - Withholding | -39.43 | -988.84 |
| PA - Unemployment Employee | -0.78 | -19.33 |
| | -247.30 | -6,996.25 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Sirius | -2.50 | -40.00 |
| ADVANCE | -50.00 | -1,637.50 |
| | -52.50 | -1,677.50 |

| Net Pay | 984.51 | 23,535.44 |
|---|---|---|

GHH TRUCKING
GHH TRUCKING
P.O. BOX 6
MARKLEYSBURG, PA 15459

Eric A Funk
294 Martin Rd.
Markleysburg, PA 15459

**Employee Pay Stub**   Check number: DD    Pay Period: 04/03/2022 - 04/09/2022    Pay Date: 04/15/2022

**Employee**
Eric A Funk, 294 Martin Rd., Markleysburg, PA 15459

**SSN**
***-**-1300

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 1:00 | | 2,168.51 | 28,642.79 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | -5:00 |
| YTD | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| LOCAL | -21.69 | -286.42 |
| LOCAL TAX (LST) | 0.00 | -10.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -217.00 | -2,854.00 |
| Social Security Employee | -134.44 | -1,775.85 |
| Medicare Employee | -31.44 | -415.32 |
| PA - Withholding | -66.57 | -879.35 |
| PA - Unemployment Employee | -1.31 | -17.19 |
|  | -472.45 | -6,238.13 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Sirius | -2.50 | -35.00 |
| ADVANCE | -150.00 | -1,487.50 |
|  | -152.50 | -1,522.50 |

| Net Pay | 1,543.56 | 20,882.16 |
|---|---|---|

GHH TRUCKING, GHH TRUCKING, P.O. BOX 6, MARKLEYSBURG, PA 15459      Powered by Intuit Payroll

| FUNK, JENNIFER | | | ID: 100300 | | Direct Deposit # ███████ | | |
|---|---|---|---|---|---|---|---|
| Pay Date | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | | |
| 06/24/2022 | 1,262.26 | | 16,409.38 | | 06/17/2022 | | |
| MAR | EX | ADD FED | Personal | Sick | | | |
| M | 0 | 0.00 | 2.000 | 31.000 | | | |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount |
| Per Pay Salary | | | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 |

UNIONTOWN SCHOOL DISTRICT

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 65.26 | 14,998.73 | 849.88 |
| Soc. Sec. Tax | 77.33 | 16,229.44 | 1,006.22 |
| Medicare Tax | 18.09 | 16,229.44 | 235.38 |
| PA State Tax | 38.29 | 16,229.44 | 498.23 |
| UC Tax | 0.76 | 16,409.38 | 9.88 |
| Retirement -TD | 94.67 | 16,409.38 | 1,230.71 |
| Local EIT | 12.47 | 16,229.44 | 162.26 |
| LST | 0.00 | | 10.00 |
| BCBS | 14.99 | | 179.94 |
| DUES | 37.50 | | 450.00 |

Net Pay    902.90

FUNK, JENNIFER    ID 100308    UNIONTOWN SCHOOL DISTRICT

| Pay Date | Gross Wages | YTD Wages | Balance as of: |
|---|---|---|---|
| 06/10/2022 | 1,262.26 | 15,147.12 | 06/03/2022 |

| MAR | EX | ADD FED | Personal | Sick |
|---|---|---|---|---|
| M | 0 | 0.00 | 2.000 | 31.000 |

| Payment Type | Reg | OT | Fctr | Rate | Amount |
|---|---|---|---|---|---|
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| Federal Tax | 65.26 | 13,846.13 | 784.62 |
| Soc. Sec. Tax | 77.33 | 14,982.17 | 928.89 |
| Medicare Tax | 18.09 | 14,982.17 | 217.29 |
| PA State Tax | 38.29 | 14,982.17 | 459.94 |
| UC Tax | 0.76 | 15,147.12 | 9.12 |
| Retirement -TD | 94.67 | 15,147.12 | 1,136.04 |
| Local EIT | 12.47 | 14,982.17 | 149.79 |
| LST | 0.00 | | 10.00 |
| BCBS | 15.00 | | 164.95 |
| DUES | 37.50 | | 412.50 |

Net Pay  902.89

Bank Information
SOMERSET TRUST COMPANY                C    902.89

Direct Deposit #
Date  06/10/2022
Amount  $902.89

JENNIFER FUNK             MARC
294 MARTIN RD
MARKLEYSBURG PA  15459

| FUNK, JENNIFER | | | ID: 100300 | | Direct Deposit # | | | UNIONTOWN SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | | | Deduction | Pay | YTD Gross | YTD W/H |
| 05/27/2022 | | 1,262.26 | | 13,884.86 | 05/20/2022 | | | Federal Tax | 65.26 | 12,693.54 | 719.36 |
| MAR | EX | ADD FED | Personal | | Sick | | | Soc. Sec. Tax | 77.33 | 13,734.91 | 851.56 |
| M | 0 | 0.00 | 2.000 | | 31.000 | | | Medicare Tax | 18.09 | 13,734.91 | 199.20 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 38.29 | 13,734.91 | 421.65 |
| Per Pay Salary | | | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 | UC Tax | 0.76 | 13,884.86 | 8.36 |
| | | | | | | | | Retirement -TD | 94.67 | 13,884.86 | 1,041.37 |
| | | | | | | | | Local EIT | 12.47 | 13,734.91 | 137.32 |
| | | | | | | | | LST | 0.00 | | 10.00 |
| | | | | | | | | BCBS | 14.99 | | 149.95 |
| | | | | | | | | DUES | 37.50 | | 375.00 |
| | | | | | | | | | Net Pay | | 902.90 |

Bank Information

SOMERSET TRUST COMPANY                                C        902.90

Direct Deposit #

| Date | 05/27/2022 |
|---|---|
| Amount | $902.90 |

JENNIFER FUNK                      MARC
294 MARTIN RD
MARKLEYSBURG PA   15459

| FUNK, JENNIFER | | | ID: 100300 | | Direct Deposit # ███████ | | | UNIONTOWN SCHOOL DISTRICT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 05/13/2022 | | 1,262.26 | | 12,622.60 | 05/06/2022 | | Federal Tax | 65.26 | 11,540.94 | 654.10 |
| MAR   EX   ADD FED | | Personal | Sick | | | | Soc. Sec. Tax | 77.33 | 12,487.64 | 774.23 |
| M    0    0.00 | | 2.000 | 31.500 | | | | Medicare Tax | 18.09 | 12,487.64 | 181.11 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 38.29 | 12,487.64 | 383.36 |
| Per Pay Salary | | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 | UC Tax | 0.76 | 12,622.60 | 7.60 |
| | | | | | | | Retirement -TD | 94.67 | 12,622.60 | 946.70 |
| | | | | | | | Local EIT | 12.47 | 12,487.64 | 124.85 |
| | | | | | | | LST | 0.00 | | 10.00 |
| | | | | | | | BCBS | 15.00 | | 134.96 |
| | | | | | | | DUES | 37.50 | | 337.50 |
| | | | | | | | Net Pay | | | 902.89 |

Bank Information

SOMERSET TRUST COMPANY                    C        902.89

Direct Deposit # ███████
Date    05/13/2022
Amount    $902.8

JENNIFER FUNK                    MARC
294 MARTIN RD
MARKLEYSBURG PA   15459

| FUNK, JENNIFER | | | ID: 100300 | | Direct Deposit # ▓▓▓▓ | | UNIONTOWN SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 04/15/2022 | | 1,262.26 | | 10,098.08 | | 04/08/2022 | Federal Tax | 65.26 | 9,220.76 | 522.08 |
| MAR | EX | ADD FED | Personal | | Sick | | Soc. Sec. Tax | 77.33 | 9,978.12 | 618.64 |
| M | 0 | 0.00 | 3.000 | | 31.500 | | Medicare Tax | 18.09 | 9,978.12 | 144.72 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | | | |
| | | | | | | | PA State Tax | 38.29 | 9,978.12 | 306.32 |
| Per Pay Salary | | | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 | | | |
| | | | | | | | UC Tax | 0.76 | 10,098.08 | 6.08 |
| | | | | | | | Retirement -TD | 94.67 | 10,098.08 | 757.36 |
| | | | | | | | Local EIT | 12.47 | 9,978.12 | 99.76 |
| | | | | | | | LST | 0.00 | | 10.00 |
| | | | | | | | BCBS | 14.99 | | 119.96 |
| | | | | | | | DUES | 37.50 | | 300.00 |

Net Pay  902.90

Bank Information

SOMERSET TRUST COMPANY                    C        902.90

Direct Deposit # ▓▓▓▓

| Date | 04/15/2022 |
|---|---|
| Amount | $902.90 |

JENNIFER FUNK                    MARC
294 MARTIN RD
MARKLEYSBURG PA  15459

| FUNK, JENNIFER | | ID: 100300 | | Direct Deposit # | | | UNIONTOWN SCHOOL DISTRICT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance | Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 04/01/2022 | | 1,262.26 | | 8,835.82 | | 03/25/2022 | Federal Tax | 65.26 | 8,068.16 | 456.82 |
| MAR | EX | ADD FED | Personal | Sick | | | Soc. Sec. Tax | 77.33 | 8,730.85 | 541.31 |
| M | 0 | 0.00 | 4.000 | 31.500 | | | Medicare Tax | 18.09 | 8,730.85 | 126.63 |
| Payment Type | | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 38.29 | 8,730.85 | 268.03 |
| Per Pay Salary | | | 1.00 | 0.00 | 0.00 | 1,262.26 | 1,262.26 | UC Tax | 0.76 | 8,835.82 | 5.32 |
| | | | | | | | | Retirement -TD | 94.67 | 8,835.82 | 662.69 |
| | | | | | | | | Local EIT | 12.47 | 8,730.85 | 87.29 |
| | | | | | | | | LST | 0.00 | | 10.00 |
| | | | | | | | | BCBS | 15.00 | | 104.97 |
| | | | | | | | | DUES | 37.50 | | 262.50 |
| | | | | | | | | Net Pay | | | 902.89 |

Bank Information

SOMERSET TRUST COMPANY                         C        902.89

Direct Deposit #
Date  04/01/2022
Amount  $902.89

JENNIFER FUNK                MARC
294 MARTIN RD
MARKLEYSBURG PA  15459