File No.: 11843-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 22-21140 GLT |
| | : | |
| Eric A. Funk and Jennifer L. Funk, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. |
| | : | |
| | : | Hearing Date and Time: July 5, 2022 at |
| Eric A. Funk and Jennifer L. Funk, | : | 10:00 a.m. |
| | : | |
| Movants, | : | Responses Due By: June 30, 2022 |
| | : | |
| vs. | : | |
| | : | |
| All Creditors on the Mailing Matrix and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Defendants/Respondents. | : | |

## CERTIFICATION OF NO OBJECTION TO MOTION
## TO CONTINUE AUTOMATIC STAY REGARDING THE HEARING ON JULY 5, 2022

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay filed on June 13, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Continue the Automatic Stay were to be filed and served no later than June 30, 2022.

It is hereby requested that the Order attached to the Motion to Continue the Automatic Stay be entered by the Court.

Dated: July 1, 2022

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
E-mail: dwhite@Zeblaw.com
Attorney for Debtors