IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eric A. Funk and Jennifer L. Funk | : | |
| | : | CASE NO. 22-21140 GLT |
| Debtors, | : | |
| | : | DOCUMENT NO. |
| Eric A. Funk, | : | |
| | : | Hearing Date and Time: Wednesday, |
| Movant, | : | February 8, 2023 |
| | : | |
| vs. | : | Responses due: January 3, 2023 |
| | : | |
| All Creditors on Mailing Matrix and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON DEBTOR-HUSBAND'S MOTION TO DISMISS ONE DEBTOR FROM A VOLUNTARY CHAPTER 13 CASE**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 3, 2023**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

An in-person hearing will be held on **Wednesday, February 8, 2023 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by nolater than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found athttp://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). arties who fail to timely register for remote participation will be expected to attend the hearing in person. nly a limited time of ten (10) minutes is being provided on the calendar. No itnesses will be heard. If If there is an issue

of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: December 16, 2022

                          ZEBLEY MEHALOV & WHITE, P.C.
                          BY

                          /s/Daniel R. White.
                              Daniel R. White
                              PA I.D. No. 78718
                              P.O. Box 2123
                              Uniontown, PA 15401
                              724-439-9200
                              Email: dwhite@Zeblaw.com
                              Attorneys for Debtors