IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eric A. Funk and Jennifer L. Funk, | : | |
| | : | CASE NO. 22-21140 GLT |
| Debtors, | : | |
| | : | DOCUMENT NO. |
| Eric A Funk, | : | |
| | : | HEARING DATE AND TIME: |
| Movant, | : | Wednesday, February 8, 2023 |
| | : | |
| vs. | : | RESPONSES DUE: January 3, 2023 |
| | : | |
| All Creditors on Mailing Matrix and Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

### CERTIFICATION OF NO OBJECTION TO DEBTOR-HUSBAND'S MOTION TO DISMISS ONE DEBTOR FROM A VOLUNTARY CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtor-Husband's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case filed on December 16, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Debtor-Husband's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case appears thereon. Objections were to be filed and served no later than January 3, 2023.

It is hereby respectfully requested that the Order attached to Debtor-Husband's Motion To Dismiss One Debtor From a Voluntary Chapter 13 Case be entered by the Court.

Dated: January 4, 2023

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone  (724) 439-9200
Email: dwhite@Zeblaw.com