**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ERIC A. FUNK | Case No.:22-21140 GLT |
| Debtor(s) | |
| Ronda J. Winnecour Movant vs. No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 06/13/2022 and confirmed on 07/25/2022 . The case was subsequently (A)DISMISSED AFTER CONFIRMATION FUNDS TO CREDITORS  AS TO ERIC A. FUNK ONLY.

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,260.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,260.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,000.00 | |
| Trustee Fee | 748.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,748.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 6,521.68 | 0.00 | 6,521.68 |
| Acct: 0733 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 2,644.09 | 82.56 | 0.00 | 82.56 |
| Acct: 0733 | | | | |
| NATIONWIDE RECREATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5209 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6714 | | | | |
| INTERNAL REVENUE SERVICE* | 16,811.50 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 5,112.72 | 0.00 | 5,112.72 |
| Acct: 4992 | | | | |
| M & T BANK | 14,506.00 | 2,130.15 | 552.64 | 2,682.79 |
| Acct: 5658 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 1,942.83 | 60.67 | 0.00 | 60.67 |
| Acct: 4992 | | | | |
| | | | | 14,460.42 |

Priority

| 22-21140 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIC A. FUNK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 4,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 111,774.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,227.33 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| ANTERO CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0157 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0428 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2248 | | | | |
| MIDLAND FUNDING LLC | 1,314.26 | 0.00 | 0.00 | 0.00 |
| Acct: 5137 | | | | |
| DEBRA MILLS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8970 | | | | |
| DISCOVER BANK(*) | 7,254.52 | 0.00 | 0.00 | 0.00 |
| Acct: 9771 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3500 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6191 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 881.27 | 0.00 | 0.00 | 0.00 |
| Acct: 3500 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4785 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8145 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2746 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0413 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8503 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8170 | | | | |
| INTERNAL REVENUE SERVICE* | 3,124.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1300 | | | | |
| M & T BANK | 6,814.40 | 0.00 | 0.00 | 0.00 |
| Acct: 5658 | | | | |
| SYNCHRONY BANK | 3,729.17 | 0.00 | 0.00 | 0.00 |
| Acct: 6714 | | | | |

| 22-21140 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 6349 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDED CREDITOR  FOR CALCULATION<br>Acct: 2222 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RADIUS GLOBAL SOLUTIONS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS CO LPA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 14,460.42 |

TOTAL CLAIMED
PRIORITY            111,774.11
SECURED              35,904.42
UNSECURED            24.345.09

Date: 01/06/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com