**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

06/22/2023

IN RE:

JENNIFER L. FUNK
294 MARTIN ROAD
MARKLEYSBURG, PA  15459
XXX-XX-4869           Debtor(s)

Case No.22-21140 GLT

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/22/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SYNC NTWRKS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6349 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA  92619-7071 | Trustee Claim Number:3   INT %: 6.00%<br>Court Claim Number:4<br>CLAIM:  29,732.16<br>COMMENT:  $/CL-PL@6%/PL*W/37 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4992 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O LOANCARE LLC<br>PO BOX 8068<br>VIRGINIA BEACH, VA  23450 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*815.21 X (60+2)=LMT*BGN 7/22 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0733 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number:5   INT %: 5.00%<br>Court Claim Number:5<br>CLAIM:  14,506.00<br>COMMENT:  $/CL-PL@5%/PL*W/40 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5658 |
| **NATIONWIDE RECREATION**<br>PO BOX 1028<br>MANDEVILLE, LA  70470 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO PMTS/CONF*NO$/SCH*NT PROV/PL*DTR-H ONLY | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5209 |
| **SYNCHRONY BANK**<br>PO BOX 669805<br>DALLAS, TX  75266-0757 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  0.00<br>COMMENT:  $0/PL*DTR-H ONLY*CL=$0*NO PMTS/CONF*W/42 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6714 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  NO PMTS/CONF*OUTSIDE/PL*111,774.11/CL*2019 EST*13-15,21/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1300 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  NO PMTS/CONF-PL*1227.33/CL*X5133/SCH*DTR-H ONLY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1007 |
| **ANTERO CAPITAL LLC**<br>PO BOX 1931<br>BURLINGAME, CA  94011 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BILL ME LATER/SCH*DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0157 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0428 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2248 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND MANAGEMENT INC - AGNT MIDLA<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,314.26<br>COMMENT: CITIBANK*THD*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5137 |
| **DEBRA MILLS**<br>165 MARTIN RD<br>MARKLEYSBURG, PA 15459 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8970 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 7,254.52<br>COMMENT: DTR-W ONLY*JUDGMENT?~DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9771 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3500 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DRESS BARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6191 |
| **FORD MOTOR CREDIT COMPANY LLC(\*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 881.27<br>COMMENT: LEASE DEFICIENCY BALANCE*DTR-H+DTR-W*NEED TO SPLIT?*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3500 |

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH*DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4785 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8145 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NATIONWIDE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2746 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0413 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8503 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8170 |
| **ATLANTIC CREDIT & FINANCE INC**<br>PO BOX 2001<br>WARREN, MI 48090-2001 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL MANAGEMENT SERVICES**<br>698 1/2 SOUTH OGDEN ST<br>BUFFALO, NY 14206 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CONVERGENT OUTSOURCING**<br>POB 9004<br>RENTON, WA 98057 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RADIUS GLOBAL SOLUTIONS**<br>PO BOX 390846<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA 92619-7071 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PIF@3*VEH ARRS*W/3 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4992 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*DTR-HUSBAND DBT*3124.14/CL*NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1300 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*OUTSIDE/PL*16811.50/CL*NO SEC'D/SCH*DTR-H ONLY | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1300 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY 14240 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 6,814.40<br>COMMENT: NO GEN UNS/SCH*W/5 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5658 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O LOANCARE LLC<br>PO BOX 8068<br>VIRGINIA BEACH, VA 23450 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,644.09<br>COMMENT: $/CL-PL*THRU 6/22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0733 |
| **SYNCHRONY BANK**<br>PO BOX 669805<br>DALLAS, TX 75266-0757 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF-PL*3729.17/CL*NO GEN UNS/SCH*W/7*DTR-H ONLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6714 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ADDED CREDITOR  FOR CALCULATION**<br>OR NOT ENOUGH INFO/SCHED FOR<br>ENTITY NAME OR NOT ENOUGH INFO<br>PER CLM FOR ADDRESS OR PLACEHOLDER<br>RECORD | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2222 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NUVELL CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,750.00<br>COMMENT: $@0%/PL@PRI*2022/PL | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4869 |

Case 22-21140-GLT  Doc 62  Filed 06/22/23  Entered 06/22/23 15:26:05  Desc
Page 7 of 7