UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| ERIC A. FUNK | **Claim Number:** 2 |
| JENNIFER L. FUNK | **Case Number:** 22-21140 |
| **Debtor(s)** | |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only     ☐ Payment only     ☑ Notice & Payment

**NOTICE ADDRESS**

FROM:

Ford Motor Credit Company, LLC

P.O. Box 62180

Colorado Springs, CO 80962

TO:

Ford Motor Credit Company, LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000

Detroit, MI 48255

TO:

Ford Motor Credit Company, LLC

PO Box 650004

Dallas, TX 75265-0004

Date: 12/17/2024

/s/ Shubham Tandlekar

Creditor's Authorized Agent for Ford Motor Credit Company, LLC

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:

ERIC A. FUNK
JENNIFER L. FUNK
**Debtor(s)**

Chapter: 13

Case Number: 22-21140

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DANIEL R WHITE
DWHITE@WESTPALAWYERS.COM

Trustee
RONDA J. WINNECOUR

/s/ Shubham Tandlekar
Shubham Tandlekar
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com